AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| Jenneice Morris, Akeel Ward, Brandon Stewart and Justin Pearsall <br> *Plaintiff(s)* <br><br> v. <br><br> City of Buffalo, City of Buffalo Police Officer John Davidson and City of Buffalo Police Officer Patrick Garry <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Buffalo Police Officer
Patrick Garry
C District
693 E Ferry Street
Buffalo, New York 14211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Albert, Esq.
The Law Offices of Matthew Albert
1207 Delaware Avenue, Suite 208
Buffalo, New York 14209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*