UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JENNEICE MORRIS,
AKEEL WARD,
BRANDON STEWART, and          **JOINT STATUS REPORT**
JUSTIN PEARSALL
      Plaintiffs,          Case No: 1:20-cv-00394

  vs.

CITY OF BUFFALO,
CITY OF BUFFALO POLICE OFFICER
JOHN DAVIDSON, and
CITY OF BUFFALO POLICE OFFICER
PATRICK GARRY
      Defendants.

      Plaintiffs JENNEICE MORRIS and JUSTIN PEARSALL ("Plaintiffs') and Defendants
CITY OF BUFFALO, CITY OF BUFFALO POLICE OFFICER JOHN
DAVIDSON, and CITY OF BUFFALO POLICE OFFICER PATRICK GARRY
through their undersigned counsels, submit the following Joint Status Report as requested
by the Court's text order from December 7, 2021. (Dkt. 28). The Parties have conferred
regarding the status of the above-captioned action and submit the following:

      As the Court is aware, settlements have been reached relative to former Plaintiffs' Ward
and Stewart. Relative to Plaintiff's Morris and Pearsall, and without divulging the actual
numbers sought by the same, said Plaintiff's and their counsel believe their damages to
be far in excess of the damages sustained by Plaintiff's Ward and Stewart. Defendants do
not believe that to be the case. Thus, settlement negotiations have stagnated relative to
Plaintiff's Morris and Pearsall, and at this juncture, there is a considerable chasm
between the opposing parties.

DATED: December 21, 2021
Darien Center, New York

By: */s/ Fares A. Rumi, Esq.*
2166 Church Road
Darien Center, NY 14040

*/s/ David Lee Esq.*
City of Buffalo Corporation Counsel
65 Niagara Square
Room 1100
Buffalo, NY 14202