UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JENNEICE MORRIS, et al.,

                        Plaintiff(s),

v.

CITY OF BUFFALO, et al.,

                        Defendant(s).

_____

***MEDIATION CERTIFICATION***

__20__ - cv - __394__

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ____11/1/23____.

    ☑ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** 04/29/2024                         ***Mediator:*** */S/* Michael Menard

***Additional Comments:***
_____
_____
_____