UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
===================================

JENNEICE MORRIS,
AKEEL WARD,
BRANDON STEWART and
JUSTIN PEARSALL,

                Plaintiffs,                20-cv-394-JLS-HKS

    v.

CITY OF BUFFALO,
CITY OF BUFFALO POLICE OFFICER
 JOHN DAVIDSON and
CITY OF BUFFALO POLICE OFFICER
 PATRICK GARRY,

                Defendants.
===================================

## **STIPULATION OF DISMISSAL**

      Plaintiffs and defendants, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that the above action be and it is voluntarily dismissed with prejudice and on the merits, as the matter has been settled on the terms set forth in general releases executed by plaintiffs.

Dated:     Buffalo, New York
             July 23, 2024

| | |
|---|---|
| s/Matthew Albert, Esq. | s/David M. Lee |
| The Law Offices of Matthew Albert | Assistant Corporation Counsel |
| Attorneys for Plaintiffs | City of Buffalo Department of Law |
| | Attorneys for Defendants |